IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johansen, Janet M

Printed: 9/23/08

Case Number: 08 B 15452
Judge: Goldgar, A. Benjamin
Filed: 6/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 10,404.45 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 13,000.00 | 0.00 |
| 4. | USA Payday Loans | Unsecured | 2,232.78 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 4,732.94 | 0.00 |
| 6. | Cook County Treasurer | Secured | | No Claim Filed |
| 7. | Household Bank FSB | Unsecured | | No Claim Filed |
| 8. | Check N Go | Unsecured | | No Claim Filed |
| 9. | Payday Loan | Unsecured | | No Claim Filed |
| 10. | First Premier | Unsecured | | No Claim Filed |
| 11. | Payday Loan | Unsecured | | No Claim Filed |
| 12. | Southwest Dermatology | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,370.17 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johansen, Janet M | Case Number:  08 B 15452 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/23/08 | Filed:  6/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

